# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| DIANE HUGHES on behalf of herself and the class, Plaintiff, v. HARVEST CREDIT MANAGEMENT VII, LLC, Defendant. | FILED: JUNE 27, 2008<br>08CV 3685<br>JUDGE ASPEN<br>MAGISTRATE JUDGE DENLOW<br>EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| | |
|---|---|
| NAME (Type or print)<br>Tiffany N. Hardy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Tiffany N. Hardy | |
| FIRM<br>Edelman, Combs, Latturner & Goodwin, LLC | |
| STREET ADDRESS<br>120 South LaSalle Street, 18th Floor | |
| CITY/STATE/ZIP<br>Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>486240 | TELEPHONE NUMBER<br>312-739-4200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |