## United States District Court for the Northern District of Illinois

Case Number: 08CV3685        Assigned/Issued By: DAJ

Judge Name: ASPEN           Designated Magistrate Judge: DENLOW

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
              [ ] IFP        [ ] No Fee    [ ] Other _____
              [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                Receipt #: 2893493

Date Payment Rec'd: 06/27/08       Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

  1   Original and   0    copies on  06/27/08   as to  DEF.  _____
                                      (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05