AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

DIANE HUGHES
on behalf of herself and the class,    Plaintiff,

V.

HARVEST CREDIT MANAGEMENT VII,
LLC,                    Defendant.

CASE NUMBER: 08CV 3685

ASSIGNED JUDGE: JUDGE ASPEN
MAGISTRATE JUDGE DENLOW
EDA

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Harvest Credit Management VII, LLC
c/o National Registered Agents
200 W. Adams St.
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

*Esperanza Arnold* (signature)
(By) DEPUTY CLERK

June 27, 2008
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 7/25/08 |
| NAME OF SERVER (PRINT) Daniel Marlin | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): served on registered agent, National Registered Agents, served a copy of the summons + the amended complaint to: 200 W Adams St., Chicago, IL 60606

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/25/08
       Date

Signature of Server: Daniel Marlin

Address of Server: 120 S LaSalle St., 18TH floor Chicago, IL 60603

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.