**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number:    08 CV 3685

DIANE HUGHES, individually and on behalf of the class

-vs-

HARVEST CREDIT MANAGEMENT VII, LLC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

HARVEST CREDIT MANAGEMENT VII, LLC.

| |
|---|
| NAME (Type or print) <br> David Israel |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ David Israel |
| FIRM <br> Sessions, Fishman, Nathan & Israel, LLP |
| STREET ADDRESS <br> Lakeway Two, Suite 200, 3850 North Causeway Boulevard |
| CITY/STATE/ZIP <br> Metairie, LA  70002-7227 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 90785267 | TELEPHONE NUMBER <br> (504) 582-1500 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Yes |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") No |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") No |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Yes |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br> RETAINED COUNSEL                    APPOINTED COUNSEL |