IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIANE HUGHES, individually and on behalf of the class defined herein, ) ) ) Plaintiff, ) ) v. ) ) HARVEST CREDIT MANAGEMENT VII, ) LLC, ) ) Defendant. ) | Case No.: 08 C 3685 Judge: Conlon |

## NOTICE OF COMPLIANCE

Defendant Harvest Credit Management VII, LLC, by and through its attorneys David M. Schultz and Jennifer W. Weller hereby states that pursuant to the terms of the Class Settlement Agreement (Dkt 35-2) it has complied with the terms of the Agreement and all class members have received appropriate relief. Pursuant to the Agreement and the Final Approval Order (Dkt 42), dismissal of this action should be converted to a dismissal with prejudice within 10 days hereof.

Respectfully submitted,

By: s/*Jennifer W. Weller*
Jennifer W. Weller
One of the attorneys for Defendant
Harvest Credit Management VII, LLC

David M. Schultz
Jennifer W. Weller
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

6454768v1 892330 33