IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIANE HUGHES, individually and on behalf of a class defined herein, ) | |
| ) | |
| Plaintiff, ) | Case No.: 08 CV 3685 |
| ) | |
| v. ) | Judge: Conlon |
| ) | |
| HARVEST CREDIT MANAGEMENT VII, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

## JOINT PROPOSED ORDER

Pursuant to defendant's notice of compliance [43], the matter is hereby dismissed with prejudice.

*/s/ Suzanne B. Conlon*
Judge Suzanne B. Conlon